NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARTER COMMUNICATIONS, LLC )
d/b/a SPECTRUM, )
                                   )
        Appellant, )
                                   )
v. )        Case No. 2D18-4065
                                   )
JOSEPH NEWMAN, )
                                   )
        Appellee. )
_____ )

Opinion filed February 15, 2019.

Appeal from the Circuit Court for
Hillsborough County; Daryl M. Manning,
Judge.

Daniel S. Liebowitz and Brett A. Smith of
Resnick & Louis, P.C., Orlando, for
Appellant.

Christopher J. Saba and Patrick K. Elliott of
Wenzel Fenton Cabassa, P.A., Tampa, for
Appellee.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.